UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

SPITZER ENGINEERING LLC, d/b/a 420 Kent

Defendant.

ECF CASE

No.: 1:18-cv-4624 (KAM)(SJB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: January 9, 2019 ~~2018~~
New York, New York

Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
212.392.4772
Doug@lipskylowe.com
*Attorneys for Plaintiff*

Dated: December 10 2018
New York, New York

Narges Kakalia
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
212.692.6215
NMKakalia@mintz.com
*Attorneys for Defendant*

82155884v.2