UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, | ECF CASE |
| --- | --- |
| Plaintiff, | No.: 1:18-cv-4624 (KAM) |
| v. | |
| SPITZER ENGINEERING LLC, D/B/A 420 KENT, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: January 14, 2019
New York, New York

Douglas B. Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge

Dated: January 15, 2019